In the Matter of AARON M. BLATTMAN, Appellant, against JAMES E. McDONALD, as Chief City Magistrate of the Magistrates' Court of the City of New York, Respondent.

(Argued November 21, 1932; decided December 6, 1932.)

*Samuel Scheuer* for appellant.

*James E. McDonald,* in person, for respondent.

Appeal dismissed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.